**Norman Perry HERBERT, Petitioner–Appellant,**

v.

**Lloyd WATERS, Warden; Attorney General for the State of Maryland, Respondents–Appellees.**

No. 02–6886.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 5, 2002.

Decided Sept. 17, 2002.

Norman Perry Herbert, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Mary Ann Rapp Ince, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Norman Perry Herbert appeals the district court's order denying relief on his

petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Herbert has not made a substantial showing of the denial of a constitutional right. *See Herbert v. Waters,* No. CA–01–2713–JFM (D. Md. June 3, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*